Joseph Berger, as Administrator of the Estate of Samuel Berger, Deceased, Appellant, *v.* City of New York, Respondent, Impleaded with Others.

Argued March 4, 1941; decided April 17, 1941.

*Robert Jabiin, Herbert Holt* and *Hiram S. Gans* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Stanley Buchsbaum* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.